STATE v. UNDERWOOD

No. 93 PC.

Case below: 31 N.C. App. 156.

Petition by State for discretionary review under G.S. 7A-31 denied 7 December 1976.

WILLIAMS v. MULLEN

No. 89 PC.

Case below: 31 N.C. App. 41.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 7 December 1976 only for limited purpose of determining entitlement to $2000 bond issued in 1966.